## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | In Chapter 11 |
| ) | Case No. 11 B 9234 |
| ARLINGTON GLASS CO., ) | Honorable Jack B. Schmetterer |
| ) | |
| **Debtor-In-Possession.** ) | |

### FINAL ORDER APPROVING
### POST-PETITION UNSECURED FINANCING

THIS CAUSE COMING ON TO BE HEARD on emergency motion of Debtor, ARLINGTON GLASS CO., ("Debtor") for entry of an order allowing Debtor to obtain post-petition unsecured financing; due notice having been given; it appearing to the Court that on March 11, 2011, an order was entered permitting interim post-petition financing not to exceed $30,000,00; the Court being duly advised in the premises and the Debtor having represented that:

1. Debtor believes that it will have insufficient funds to advance for the operations of its business during its operations as a debtor in possession. With additional funds, Debtor will have the wherewithal to pay its employees, purchase materials and complete the fabrication and installation of its works in progress. Debtor must have the funds in order to generate accounts receivable to pay its lenders and post-petition administrative creditors.

2. The Debtor is unable to obtain unsecured credit from third party sources or any other alternative financing on acceptable terms.

3. Aleksandar Peric ("Peric"), a shareholder of the Debtor, has agreed to provide post-petition unsecured financing under the following terms and conditions:

{00115899.DOC \}

a)  Peric will make post-petition advances to the Debtor from time to time at his sole discretion from the effective date of an order permitting post-petition financing until confirmation of the Plan which shall not exceed $100,000.00.

b)  The balance due will be paid plus interest calculated at 5% either after the sale of assets that results in payment in full of all liens upon the assets or upon confirmation, whichever occurs first.

4.  Pursuant to 11 U.S.C. §364, after notice and a hearing, this court may enter an order permitting Debtor to obtain unsecured credit from Peric as described above.

IT IS HEREBY ORDERED that:

A.  Peric is granted leave to provide post-petition unsecured financing in the amount of $100,000.00.

B.  Peric will make post-petition advances to the Debtor from time to time at his sole discretion from the effective date of an order permitting post-petition financing until confirmation of the Plan which shall not exceed $100,000.00.

C.  The balance due will be interest free and after confirmation interest will accrue on the balance due at 5% *per annum*.

D.  The balance due will be paid through the plan as an administrative expense.

DATED: APR 05 2011

ENTER:

United States Bankruptcy Judge

APR 05 2011

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60604
312-263-2300

{00115899.DOC \}    2