**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  11 B 9234 |
| **ARLINGTON GLASS CO.,** | ) | Honorable Jack B. Schmetterer |
| | ) | Motion Date:  May 31, 2012 |
| Debtor-In-Possession. | ) | Motion Time: 10:00 a.m. |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on May 31, 2012, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Jack B. Schmetterer of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 682 at 219 South Dearborn Street, Chicago, Illinois 60604.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

**Affidavit of Service**

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of a Final Decree Order were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on May 24, 2012.

*/s/Beverly A. Berneman*
Beverly A. Berneman

Robert R. Benjamin
Beverly A. Berneman
Golan & Christie LLP
Attorneys for Debtor
70 W. Madison St., Ste. 1500
Chicago, IL 60602
312-263-2300

## SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St<br>Chicago, IL 60604 |
| Associate Area Counsel, SB/SE<br>200 West Adams Street<br>Suite 2300<br>Chicago, IL 60606 | D. Patrick Mullarkey<br>Tax Division (DOJ)<br>PO Box 55<br>Ben Franklin Station<br>Washington, DC 20044<br> (*Contested Matters) |
| United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 | A Precision Garage Door<br>PO Box 301062<br>Chicago, IL 60630 |
| Aleksandar Peric, as beneficiary of<br>CT&T Trust #10508703<br>1816 Avalon<br>Wheeling, IL 60090 | Arch Aluminum & Glass Co., Inc.<br>PO Box 209005<br>Dallas, TX 75320 |
| Great Lakes Glass and Mirror, Inc.<br>6261 West Howard Street<br>Niles, IL 60714 | PJA Associates, P.C.<br>6238 N. Addison Street<br>Chicago, IL 60634 |
| Precision Metals & Hardware, Inc.<br>5265 North 124th Street<br>Milwaukee, WI 53225 | Russo's Power Equipment<br>9525 W. Irving Park Road<br>Schiller Park, IL 60176 |
| Technology Insurance<br>PO Box 31520<br>Cleveland, OH 44131 | Torstenson Glass Co.<br>3233 N. Sheffield Ave.<br>Chicago, IL 60657 |
| US Aluminum Corporation<br>6969 West 73rd Street<br>Chicago, IL 60638 | Illinois Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794 |
| Illinois Department of Employment Security<br>33 S. State St., 10th Flr.<br>Chicago, Illinois 60603<br>Attn: Amelia Yabes | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 |

Aleksandar Peric, as Liquidation Trustee
1816 Avalon
Wheeling, IL 60090

Nick Peric
c/o Harvey J. Waller
Harvey Jack Waller & Associates
30 N. LaSalle St., Ste. 2040
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  11 B 9234 |
| ARLINGTON GLASS CO., | ) | Honorable Jack B. Schmetterer |
| | ) | Motion Date:  May 31, 2012 |
| Debtor-In-Possession. | ) | Motion Time: 10:00 a.m. |

MOTION FOR ENTRY OF
FINAL DECREE ORDER

Debtor, ARLINGTON GLASS CO., by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1.  On March 7, 2011, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2.  On January 9, 2012, this Court entered an order confirming Amended Plan of Liquidation. The Amended Plan provided the creation of a liquidation trust. The liquidation trust is currently being administered to marshal Debtor's assets and make a final distribution to creditors thereafter.

3.  Debtor has made initial distributions under the plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4.  There are no further matters for this Court to administer.

WHEREFORE, Debtor, ARLINGTON GLASS CO., prays as follows:

A.  That this Court enter a final decree order; and

  B.  For such other and further relief as this Court deems just and proper.

            ARLINGTON GLASS CO.,

            /s/ *Beverly A. Berneman*
            Beverly A. Berneman
            One of its attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

2